1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

DISTRICT OF NEVADA

8

ELVIN LEE FRED,                  ) CIVIL ACTION NO.:

9

                                      ) 3:11-cv-00064-HDM-VPC

                     Plaintiff,       )

10

                                        )

vs.                                )

11

                                        ) ORDER GRANTING

COUNTY OF CARSON CITY, a municipal corporation; ) STIPULATION TO DISMISS

12

SHERIFF'S OFFICE DEPUTY JASON BUENO,      )

SHERIFF'S OFFICE DEPUTY GARY UNDERHILL,  )

13

and THE NEVADA CARSON NUGGET, INC., a      )

Nevada Corporation.                        )

14

                                        )

                   Defendants.     )

15

                                        )

16
17

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO THE CARSON NUGGET, INC.

18
19

IT IS HEREBY STIPULATED by and between Plaintiff, ELVIN LEE FRED by and through

his counsel of record, Fred Atcheson, Esq. and Loren Graham, Esq., and THE CARSON NUGGET,

20

INC., by and through its counsel of record, the law firm of Christian, Kravitz, Dichter & Johnson, LLC,

21

that The Carson Nugget, Inc. shall be dismissed from the above-referenced action with prejudice. Each

22

party is to bear its own costs and fees.

23
24

\\\

25

\\\

26

\\\

27
28

**IT IS SO STIPULATED.**

DATED: 1-17-12

Fred Atcheson, Esq.
Nevada State Bar No.    135
PO Box 8292
Reno, NV 89507
*Attorneys for Plaintiff*

DATED: 1/20/12
CHRISTIAN, KRAVITZ, DICHTER
& JOHNSON, LLC.

M. Bradley Johnson, Esq.
Nevada State Bar No. 4646
8985 South Eastern Ave, Ste 200
Las Vegas, NV 89123
*Attorneys for Defendant,*
*The Carson Nugget, Inc.*

DATED: 1/17/12

Loren Graham, Esq.
Nevada State Bar No. 6329
PO Box 6329
Stateline Lake Tahoe, NV 89449
*Attorney for Plaintiff*

## ORDER FOR DISMISSAL OF THE CARSON NUGGET, INC. WITH PREJUDICE

Good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, pursuant to stipulation of the parties, The Carson Nugget, Inc. shall be dismissed from the above-referenced action with prejudice

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all parties are responsible for their own attorneys' fees and costs.

DATED: January 24, 2012

UNITED STATES DISTRICT JUDGE

Submitted by:

M. BRADLEY JOHNSON, ESQ.
Nevada State Bar No. 4646
CHRISTIAN, KRAVITZ, DICHTER
& JOHNSON, LLC
*Attorneys for Defendant*

2